**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Kathryn C. Ferguson, U.S. Bankruptcy Judge

| **CASE NUMBER:** 21−11628−KCF | **DATE FILED::** 2/28/21 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** <br>Edna C. Saunders <br>aka Edna C H Saunders, aka Edna Harris−Saunders <br>xxx−xx−0751 | **ADDRESS OF DEBTOR(S):** <br><br>211 Curlew Lane <br>Mount Holly, NJ 08060 |
| DEBTOR'S ATTORNEY: <br>Lee Martin Perlman <br>Lee M. Perlman <br>1926 Greentree Road <br>Suite 100 <br>Cherry Hill, NJ 08003 <br><br>(856) 751−4224 | TRUSTEE: <br>Daniel E. Straffi <br>Straffi & Straffi, LLC <br>670 Commons Way <br>Toms River, NJ 08755 <br>732−341−3800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

10/13/21

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: July 16, 2021

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-11628-KCF
Edna C. Saunders  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Jul 16, 2021  Form ID: noa  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edna C. Saunders, 211 Curlew Lane, Mount Holly, NJ 08060-1020 |
| acc | + | BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| 519125873 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519125875 | + | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 519125876 | + | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 519125878 | + | Constellation New Energy - Gas Division, PO Box 5471, Carol Stream, IL 60197-5471 |
| 519125879 | + | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 519125882 | + | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519125884 | + | Encore Receivable Management, Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 519125885 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 519125886 | + | Granite State Management & Resources, PO Box 3420, Concord, NH 03302-3420 |
| 519125887 | + | Larchmont Imaging Associates, PO Box 448, Hainesport, NJ 08036-0448 |
| 519125893 | + | Mullooly, Jeffrey, Rooney & Flynn LLP, PO Box 9036, Syosset, NY 11791-9036 |
| 519125896 | + | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519125894 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 519125899 | + | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519125901 | + | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519125906 | + | U.S. Department of Education, PO Box 105081, Atlanta, GA 30348-5081 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDESTRAFFI.COM | Jul 17 2021 00:33:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519125881 | + | EDI: DISCOVER.COM | Jul 17 2021 00:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519125877 | | EDI: JPMORGANCHASE | Jul 17 2021 00:33:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 519125888 | | Email/Text: camanagement@mtb.com | Jul 16 2021 20:35:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519125889 | + | EDI: MID8.COM | Jul 17 2021 00:33:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519125890 | + | EDI: AISMIDFIRST | Jul 17 2021 00:33:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519125892 | + | Email/Text: maureen@MHMUA.COM | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: noa | Total Noticed: 33 |

| | | | Jul 16 2021 20:36:00 | Mt. Holly Municipal Utilities Authority, PO Box 486, Mount Holly, NJ 08060-0486 |
|---|---|---|---|---|
| 519125897 | | EDI: PRA.COM | Jul 17 2021 00:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519125902 | + | EDI: DRIV.COM | Jul 17 2021 00:33:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519125903 | + | EDI: RMSC.COM | Jul 17 2021 00:33:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519127122 | + | EDI: RMSC.COM | Jul 17 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519125907 | + | EDI: VERIZONCOMB.COM | Jul 17 2021 00:33:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 519125908 | | EDI: WFFC.COM | Jul 17 2021 00:33:00 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| 519125874 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519125880 | *+ | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 519125883 | *+ | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519125891 | *+ | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519125895 | *+ | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 519125898 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519125900 | *+ | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519125904 | *+ | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519125905 | *+ | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jul 16, 2021 | Form ID: noa | Total Noticed: 33

| | |
|---|---|
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Edna C. Saunders ecf@newjerseybankruptcy.com<br>mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5