UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                     Case No.:        21-11628

Saunders, Edna C.                          Chapter:            7

                                           Judge:             KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    402 East State Street
                         Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____December 6, 2022_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____2____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    211 Curlew Lane
                                      Mount Holly, NJ
                                      FMV - +/-$ 100,000.00
                                      Co-owned with non debtor spouse

Liens on property:                    Midland Mortgage - $35,980.91

                                      Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ 25,150.00

Objections must be served on, and requests for additional information directed to:

Name:         Daniel E. Straffi, Esq.

Address:      670 Commons Way Toms River, NJ 08755

Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 21-11628-KCF

Edna C. Saunders                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                   User: admin                                                    Page 1 of 3

Date Rcvd: Nov 04, 2022                                     Form ID: pdf905                                     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edna C. Saunders, 211 Curlew Lane, Mount Holly, NJ 08060-1020 |
| acc | #+ | BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| 519125876 | + | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 519125878 | + | Constellation New Energy - Gas Division, PO Box 5471, Carol Stream, IL 60197-5471 |
| 519125879 | + | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 519125882 | + | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519125884 | + | Encore Receivable Management, Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 519125887 | #+ | Larchmont Imaging Associates, PO Box 448, Hainesport, NJ 08036-0448 |
| 519125894 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 519125906 | + | U.S. Department of Education, PO Box 105081, Atlanta, GA 30348-5081 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519125873 | ^ | MEBN | Nov 04 2022 20:37:31 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519125875 | ^ | MEBN | Nov 04 2022 20:37:01 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 519267849 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519125881 | + | Email/Text: mrdiscen@discover.com | Nov 04 2022 20:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519125885 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 04 2022 20:41:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 519125886 | + | Email/Text: EBN@edfinancial.com | Nov 04 2022 20:40:00 | Granite State Management & Resources, PO Box 3420, Concord, NH 03302-3420 |
| 519125877 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2022 20:50:18 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 519125888 | | Email/Text: camanagement@mtb.com | Nov 04 2022 20:40:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519325756 | + | Email/Text: camanagement@mtb.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Nov 04, 2022 | Form ID: pdf905 | Total Noticed: 37

| | | Nov 04 2022 20:40:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
|---|---|---|---|
| 519125893 | Email/Text: Bankruptcy@mjrf.com | Nov 04 2022 20:40:00 | Mullooly, Jeffrey, Rooney & Flynn LLP, PO Box 9036, Syosset, NY 11791 |
| 519125889 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 20:40:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519125890 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 04 2022 20:50:57 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519125892 | + Email/Text: maureen@MHMUA.COM | Nov 04 2022 20:41:00 | Mt. Holly Municipal Utilities Authority, PO Box 486, Mount Holly, NJ 08060-0486 |
| 519125896 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 04 2022 20:40:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519125897 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 20:51:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519325255 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 20:51:14 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 519325254 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 20:51:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519125899 | Email/Text: signed.order@pfwattorneys.com | Nov 04 2022 20:40:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519125901 | + Email/Text: ngisupport@radiusgs.com | Nov 04 2022 20:40:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519125902 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2022 20:41:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519125903 | + Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 20:50:57 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519127122 | + Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 20:51:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519125907 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 04 2022 20:40:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 519125908 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2022 20:51:12 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |
| 519271624 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2022 20:51:12 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519125874 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519125880 | *+ | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 519125883 | *+ | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519125891 | *+ | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519125895 | *+ | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 519125898 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519125900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519125904 | *+ | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519125905 | *+ | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Daniel E. Straffi | on behalf of Plaintiff Daniel E. Straffi  Trustee bktrustee@straffilaw.com, G25938@notify.cincompass.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | bktrustee@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Edna C. Saunders ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7