Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:   21−11628−KCF
                        Chapter:   7
                        Judge:   Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edna C. Saunders
   aka Edna C H Saunders, aka Edna
   Harris−Saunders
   211 Curlew Lane
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−0751

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

211 Curlew Lane, Mount Holly, NJ.


Dated: December 14, 2022
JAN: gan

                                                                                    Jeanne Naughton
                                                                                    Clerk